# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Johnny W Williams, Jr and Cynthia D. Williams
Chapter 13  Case No. 14−10874−SDB
    *Debtor(s)*

Johnny W Williams Jr
Cynthia D. Williams
    *Plaintiff(s)*

vs.                            Adversary Proceeding
                                  No. 15−01033−SDB

Titlemax of Georgia
    *Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

**TITLEMAX OF GEORGIA**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

                                                                *Lucinda B. Rauback, CLERK*
                                                               United States Bankruptcy Court
                                                               PO Box 1487
                                                               Augusta, GA 30903



Date of issuance: **November 9, 2015**

*A−03[Rev. 05/12]* **CPN**